UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BABAK TEHRANCHI,<br><br>           Plaintiff,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary of Department of Homeland Security; EMILIO GONZALEZ, Director, U.S. Citizenship and Immigration Service; PAUL PIERRE, District Director, San Diego District, U.S. Citizenship and Immigration Service; and ROBERT MUELLER, Director, Federal Bureau of Investigation,<br><br>           Defendants. | Case No. 07cv0310-BEN (JMA)<br><br>ORDER GRANTING JOINT MOTION TO WITHDRAW PENDING MOTION AND REMAND MATTER TO USCIS<br><br>[Docket Nos. 12, 16] |

Having considered the parties' Joint Motion to Withdraw Pending Motion and to Remand Matter to USCIS (Docket No. 16) and finding the joint motion meritorious, the Court GRANTS the motion and ORDERS that the above numbered cause of action is **REMANDED** to USCIS.

All pending motions are **DENIED** as moot.

**It is so ordered.**

DATED: June 1, 2007

_____
Hon. Roger T. Benitez
United States District Judge